JAMES P. GANNON, PLAINTIFF-PETITIONER, v. THE TOWNSHIP OF SADDLE BROOK *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 56 *N. J. Super.* 76.

*Mr. Carmen M. Belli* for the petitioner.

*Mr. Walter H. Jones* and *Mr. Irving C. Evers* for the respondents.

September 21, 1959. Denied.

MARY COYNE, PLAINTIFF-RESPONDENT, v. HARRY J. COYNE, DEFENDANT-PETITIONER.

*Mr. Benedict E. Lucchi* and *Mr. Aaron W. Nussman* for the petitioner.

September 21, 1959. Denied.